AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BILLY RAY RILEY,

       Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER: **3:01-CV-00096-RCJ-VPC**

E.K. McDANIEL, ET AL,

       Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's second amended petition for writ of habeas corpus [73] is DENIED. FURTHER ORDERED that petitioner is granted a certificate of appealability with respect to the claims made in Grounds 1A, 1B, 1C, 8, 11, 13, and 25 of his second amended petition for writ of habeas corpus (docket #73). In all other respects, petitioner is denied a certificate of appealability.

September 20, 2010                               **LANCE S. WILSON**
                                                                            Clerk

                                                                          /s/ M. Campbell
                                                                          Deputy Clerk